April 10, 1950.

*Miscellaneous Orders.*

No. 432, Misc.  Jeronis *v.* Michigan.  Application denied.

No. 438, Misc.  Ruoff *v.* McLaughlin, U. S. District Judge.  The motion for leave to file petition for writ of mandamus is denied.  Mr. Justice Clark took no part in the consideration or decision of this application.  *Raoul Berger* and *Jack Wasserman* for petitioner.

*Certiorari Granted.*  (*See No. 236, ante, p. 258.*)

*Certiorari Denied.*

No. 547.  Snyder *v.* Woods, Housing Expediter.  United States Emergency Court of Appeals.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Perlman, John R. Benney, Ed Dupree, Charles P. Liff* and *Philip Travis* for respondent.

No. 580.  United States *v.* Union Pacific Railroad Co.  Court of Claims.  Certiorari denied.  *Solicitor General Perlman* for the United States.  *T. W. Bockes, Elmer B. Collins* and *Lawrence Cake* for respondent.

No. 604.  Tex-O-Kan Flour Mills Co., doing business as Perry Burrus Elevators, *v.* Texas & Pacific Railway Co.  C. A. 5th Cir.  Certiorari denied.  *Frank A. Leffingwell* for petitioner.  *Bryan F. Williams* filed a brief for the Board of Trustees of the Galveston Wharves et al., as *amici curiae,* supporting petitioner.